## El Pueblo v. Aguilar.

### Apelación procedente de la Corte de Distrito de Humacao.

No. 75. Resuelto en diciembre 9, 1905.

APELACIÓN.—PLIEGO DE EXCEPCIÓN.—RELACIÓN DE HECHOS.—ERRORES MANIFIESTOS.—No habiendo pliego de excepción, ni relación de hechos, y no apareciendo de los autos que se hubiera cometido error alguno que justifique la revocación de la sentencia apelada, ésta debe ser confirmada.

Los hechos están expresados en la opinión.

Abogado del apelado: *Sr. Rossy, Fiscal.*

La parte apelante no compareció.

EL JUEZ ASOCIADO SR. HERNÁNDEZ, emitió la opinión del tribunal.

En la presente causa Rafael Aguilar fué acusado ante la Corte de Distrito de Humacao por delito de infracción de la ley electoral (felony) y habiendo declarado no ser culpable, á petición suya, fué juzgado por jurados.

En el día señalado al efecto se celebró el juicio y después de practicadas las pruebas y de hechas las alegaciones por las partes, el jurado, previas las instrucciones de la corte sobre las cuestiones de derecho atinentes al caso, dió su veredicto declarando culpable al acusado Aguilar del delito que se le imputaba y pidiendo á la vez clemencia para él.

Interrogado Aguilar si tenía algún motivo legal que inpidiera el pronunciamiento de la sentencia, nada alegó en su favor, y en su consecuencia dicha sentencia fué pronunciada en 31 de julio último, dos días después del veredicto y por ella la Corte de Humacao, tomando en consideración todas las circunstancias del caso, condenó á Rafael Aguilar, convicto del delito de violación de la Ley Electoral, á pagar una multa de doscientos dollars ó en su defecto á sufrir en la cárcel del Distrito de Humacao doscientos días de prisión, con las costas correspondientes.

Contra esa sentencia interpuso la representación del acusado recurso de apelación, que ha impugnado el fiscal de esta Corte Suprema.

No se tomaron en el juicio excepciones de clase alguna, ni existe en la transcripción de autos pliego de ellas, ni hay tampoco relato ó exposición de hechos, ni el apelante ha comparecido á sostener el recurso.

Examinados los elementos del juicio que tenemos á la vista no encontramos error ó defecto alguno sustancial que pueda invalidar la acusación, el veredicto del jurado ó la sentencia.

Procede, pues, en nuestro sentir, la confirmación de la sentencia que pronunció la Corte de Distrito de Humacao

en 31 de julio último, con las costas del recurso á cargo del apelante.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Quiñones, y Asociados, Figueras, MacLeary y Wolf.